IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | : | CIVIL ACTION |
|---|---|---|
| **EMILY TRIAS** | : | |
| *AS PARENT AND NATURAL* | : | |
| *GUARDIAN OF M.T., A MINOR*, | : | |
| Plaintiff, | : | |
| v. | : | NO. 20-813 |
| | : | |
| **QVC, INC.** | : | |
| *Defendant.* | : | |

# ORDER

**AND NOW**, this **2nd** day of **April 2020**, upon consideration of Plaintiff's Motion to Remand (ECF No. 29) and Defendant's Response thereto (ECF No. 30), it is hereby **ORDERED** and **DECREED** Plaintiff's Motion to Remand (ECF No. 29) is **DENIED**.

BY THE COURT:

/s/ Chad F. Kenney
**CHAD F. KENNEY, JUDGE**