# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | : | CIVIL ACTION |
|---|---|---|
| **EMILY TRIAS** | : | |
| *AS PARENT AND NATURAL* | : | |
| *GUARDIAN OF M.T., A MINOR*, | : | |
| Plaintiff, | : | |
| v. | : | NO. 20-813 |
| | : | |
| **QVC, INC.** | : | |
| *Defendant.* | : | |

## ORDER

**AND NOW**, this **28th** day of **May 2020**, upon consideration of Defendant's Motion to Transfer Venue (ECF No. 35), Plaintiff's Response thereto (ECF No. 37), and Defendant's Reply in support of its Motion to Transfer Venue (ECF No. 38), it is hereby **ORDERED** and **DECREED** Defendant's Motion to Transfer Venue (ECF No. 35) is **DENIED**.

BY THE COURT:

/s/ Chad F. Kenney

**CHAD F. KENNEY, JUDGE**

1