IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **EMILY TRIAS** *AS PARENT AND NATURAL GUARDIAN OF M.T., A MINOR,* *Plaintiff,* v. **QVC, INC.** *Defendant.* | : : : : : : : : : : | **CIVIL ACTION** **NO. 20-813** |

## ORDER

**AND NOW**, this **29th** day of **October 2020**, upon consideration of Plaintiff's Motion for Choice of Law and the application of Pennsylvania Law to the strict products liability claim (ECF No. 47), and Defendant's Response thereto (ECF No. 51), and Defendant's Motion to Establish Choice of Law and the application of South Dakota law to the strict products liability claim (ECF No. 48), and Plaintiff's Response thereto (ECF No. 50), it is hereby **ORDERED** and **DECREED** Plaintiff's Motion for Choice of Law and the application of Pennsylvania law to the strict products liability claim (ECF No. 47) is **DENIED** and Defendant's Motion to Establish Choice of Law and the application of South Dakota law to the strict products liability claim (ECF No. 48) is **GRANTED**.

**BY THE COURT:**

**/s/ Chad F. Kenney**

**CHAD F. KENNEY, JUDGE**